JAMES REGAN FITZGERALD, Respondent, v. WALTER J. EGAN and KATHERINE B. O'REILLY, as Executrix, etc., of DOMINIC L. O'REILLY, Deceased, Appellants.—

Order, so far as appealed from, unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.

ANNE RITTLINGER, Respondent, v. SHULTE REAL ESTATE Co., INC., and RELS REALTY Co., INC., Appellants.— Order unanimously affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., Townley, Dore, Cohn and Callahan, JJ.